```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

JEROME MURRAY                                              PLAINTIFF

VS.                              CIVIL ACTION NO. 3:23-CV-3000-TSL-RPM

COMMISSIONER OF SOCIAL SECURITY,
KILOLO KIHAKAZI, ACTING COMMISSIONER                       DEFENDANT

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause came on to be heard upon the report and recommendation of United States Magistrate Robert P. Myers, and the court, having fully reviewed the report and recommendation, and being duly advised in the premises and there being no objection filed by plaintiff, finds the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of the magistrate judge be, and the same is hereby adopted as the opinion of this court and therefore, the commissioner's decision is affirmed and plaintiff's appeal is dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 24th day of February, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE